IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

     Plaintiff,                                          JUDGMENT IN A CIVIL CASE

v.                                                 16-cv-492-jdp

BYRAN BARTOW and
JOHN JORGENSEN,

     Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

      /s/                                             12/8/2016

Peter Oppeneer, Clerk of Court                       Date